IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2024 MAR 25 P 2:48
DEPUTY CLERK

Valerie M. Poole
~~Valerie~~

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

NEW REZ LLC d/b/a SHELLPOINT
Mortgage Services
Nicola Santoro Jr. Cheif financial officer

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. 2:24-cv-92-LEW
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Valerie M. Poole
- Street Address: 67 Bridge St.
- City and County: Lewiston, ME Androscoggin
- State and Zip Code: Maine 04240
- Telephone Number: 207-485-9020
- E-mail Address: valmichellew@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: NEW REZ LLC
- Job or Title (if known): Loan Servicers
- Street Address: 1100 Virginia Dr. Suite 125
- City and County: Fort Washington, Montgomery
- State and Zip Code: P.A. 19834-3276
- Telephone Number: 1-888-673-5521
- E-mail Address (if known):

Defendant No. 2
- Name: Nicola Santoro Jr.
- Job or Title (if known): Cheif Financial Officer
- Street Address: 1100 Virginia Dr. Suite 125
- City and County: Fort Washington, Montgomery

        State and Zip Code   _____

        Telephone Number   _____

        E-mail Address   _____

        (if known)

Defendant No. 3

        Name   _____

        Job or Title   _____

        (if known)

        Street Address   _____

        City and County   _____

        State and Zip Code   _____

        Telephone Number   _____

        E-mail Address   _____

        (if known)

Defendant No. 4

        Name   _____

        Job or Title   _____

        (if known)

        Street Address   _____

        City and County   _____

        State and Zip Code   _____

        Telephone Number   _____

        E-mail Address   _____

        (if known)

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_See Claim with laws_

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, (name) __NEW REZ LLC__, is incorporated under the laws of the State of (name) __Maine__, and has its principal place of business in the State of (name) __Pennsylvania__. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) __NEW REZ LLC__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

__The Plaintiff has tendered payments to the Defendant over $1 million dollars.__

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

....

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

### V. Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 25, 2024

Signature of Plaintiff   /s/ Val M P

Printed Name of Plaintiff   Valerie M Pool

# Plaintiff Claim

**Plaintiff**:
Valerie M Poole
67 Bridge St.
Lewiston, Maine 04240 county of Androscoggin

**Defendant**:
NEW REZ LLC CFO Nicola Santoro Jr. d/b/a SHELLPOINT MORTGAGE SERVCING
1100 Virginia Drive Suite 125
Fort Washington, PA 19034-3276

1. VALERIE M WILLIAMS now VALERIE M POOLE living in Lewiston, a city in Androscoggin County in the State of Maine.
2. NEW REZ LLC d/b/a SHELLPOINT MORTGAGES SERVICING is a business entity able to do business in the state of Maine.
3. The Defendant obtained a Promissory Note from DITECH FINANCIAL LLC in the amount of $115.030.00, after DITECH filed Bankruptcy in the state of New York in June of 2022. Exhibit A the note.
4. The Defendant, as the new loan servicer, received 3 bonds and a promissory note to satisfy the financial claim of the Defendant totaling $575,150.00 on July 17,2023.
5. The Defendant took all 4 of the financial instruments and never tendered the payment, failing its fiduciary duties. Exhibit B.
6. The Plaintiff made a certified claim of interest and equity as to "cash" the promissory note and pay off the alleged *loan* from the Plaintiff, and as the security Entitlement Holder, the Plaintiff has the right.
7. The Defendant failed its fiduciary duties and they failed to act on the claim of interest.
8. On February 20, 2024, the Defendant received a tender of payment with instructions to satisfy the total amount of the loan $164,119.42. Exhibit C
9. The Defendant breached its fiduciary duties again, and the account was not off set.
10. On March 5, 2024, the Defendant received a promissory note in the amount of $230,060.00, at the same time the same package was sent to the Chief Financial Officer of NEW REZ LLC, Nicola Santoro Jr. also in the amount of $230,060.00 and this document was received in his office on March 8, 2024. Exhibit D
11. The Defendant breached the duties and again there was not set off for the tender of payment.
12. On March 13, 2024, a Registered Bill of Exchange was sent to and received by the Defendant. Exhibit E.
13. On March 18,2024 a letter was received by the Defendant stating that they would not process the Plaintiff's payment. The Defendant took colored copies of all documents and

sent back copies keeping the original Registered Bill of Exchange, once again the Defendant failed its fiduciary duties to offset this account.
14. On March 18, 2024, the Plaintiff called the company and demanded all the Plaintiff's original financial instruments, and this has not happened.
15. The Plaintiff sent out on March 20, 2024, a letter of Default to the Defendants. Exhibit F
16. The Defendant has violated Maine Laws under Title 11 tender of payment subsection 3-1603.
17. The Defendant violated my right to "cash" my note and claim my interest and equity in the note, Maine Law Title 11 subsection 8-1510(2)

The Plaintiff's demands:

1. The Defendant should be fairly assessed for the civil penalties under 12 USC 226 Section 29 of the Federal Reserve Act.
   A. The first payment, made on July 17, 2024, for the first tier assessed at $5,000.00 per day.
   B. The Second payment made on February 20,2024 for the second tier of penalties is $25,000 per day.
   C. The third payment made on March 5th and 8th of 2024 is assessed for the third tier of $1 million per day.
2. The Plaintiff demands an award of money equal to the tender of payments $1,429,449.42.
3. The Plaintiff demands the Defendant give the Plaintiff the equity and interest the Plaintiff is owed as the owner and issuer of the note.

/s/ _Valerie M Poole_
Valerie M Poole Plaintiff