UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| VALERIE M. POOLE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 2:24-cv-00092-SDN |
| | ) |
| NEW REZ LLC, et al | ) |
| | ) |
| Defendants, | ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order to Dismiss Certain Defendants for Failure to Show Cause entered December 19, 2024, the Order entered on February 3, 2025, and Order on Motion to Dismiss entered on February 5, 2025 all by U.S. District Judge Stacey D. Neumann,

JUDGMENT of Dismissal is hereby entered as to Defendants New Rez, LLC, RITHM Capital Corporation, New Residential Mortgage, LLC, Deutsche Bank National Trust Company, NRZ Advance Facility Transferor 215-ON1, LLC, PHH Mortgage Corporation and Mortgage Electronic Registration Systems, Inc.; and

JUDGMENT of Dismissal without prejudice is hereby entered as to Defendants HLSS Holding, LLC, Ditech Financial, LLC, Wilmington Trust National Association, Credit Suissee AG, US Bank National Association and Does 1-100.

                                                CHRISTA K. BERRY
                                                CLERK

                              By:    /s/ Meghan York
                                            Deputy Clerk

Dated: February 5, 2025